NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EARNEST LAVON TURNER,                    )
                                         )
         Appellant,                      )
                                         )
v.                                       )          Case No. 2D18-1786
                                         )
STATE OF FLORIDA,                        )
                                         )
         Appellee.                       )
                                         )
_____  )

Opinion filed August 30, 2019.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Rachael E. Reese of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


         Affirmed.


SILBERMAN, VILLANTI, and SLEET, JJ., Concur.